**Order filed, June 25, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-15-00499-CR

## EX PARTE CHRISTOPHER ERNEST BRAUGHTON, Appellant

## V.

## , Appellee

---

### On Appeal from the 228th District Court
### Harris County, Texas
### Trial Court Case 1389139

---

### ORDER

The reporter's record in this case was due June 4, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Lisa Mills, the official (or substitute) court reporter, to file the record in

this appeal, if any, **within 10 days** of the date of this order.

/s/ Evelyn Keyes
Acting individually